UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

USA

    - against -

MANUEL GUZMAN,

                    Defendant.

---------------------------------------------------------X

23 Cr. 0024-02 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated March 5, 2024, is approved and accepted.

Dated: White Plains, NY
         May 2, 2024

SO ORDERED.

Nelson S. Román
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/02/2024